**Thomas Anthony LITTEK,**
**Plaintiff–Appellant,**

v.

**Harold CLARKE, Director of VDOC;**
**Frederick Schilling, VDOC's Medical**
**Director; Stanley Young, Warden at**
**PSCC; Adam K. Wyatt, Defendants–**
**Appellees,**

**and**

**Armor Correctional Health Services,**
**Inc., Corporation contracted to pro-**
**vide medical and dental services to**
**VDOC, Defendant.**

No. 16-6703

United States Court of Appeals,
Fourth Circuit.

Submitted: September 20, 2016

Decided: October 12, 2016

Thomas Anthony Littek, Appellant Pro Se. Laura Haeberle Cahill, Office of the Attorney General of Virginia, Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Anthony Littek appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for a preliminary injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Littek v. Clarke, No. 7:16–cv–00072–JLK–PMS, 2016 WL 2689906 (W.D. Va. May 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED